ORDERED UNSEALED on 12/19/2023 s/ judepeters

SEALED

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>V.<br>ULISSES CISNEROS,<br>Defendant. | Case No.: **23mj3105-AHG**<br>COMPLAINT FOR VIOLATION OF:<br>18 U.S.C. § 922(g)(1) - Felon in Possession of Ammunition |

The undersigned complainant being duly sworn states:

COUNT ONE

On or about July 2, 2023, within the Southern District of California, defendant Ulisses CISNEROS, knowing his status as a convicted felon, that is, a person having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess ammunition that traveled in and affected interstate commerce, to wit: one round or more of .45 ammunition, in violation of Title 18, United States Code, Section 922(g)(1).

The complainant further states that this complaint is based on the attached Probable Cause Statement incorporated herein by reference.

Richard J. Risteen
Special Agent, FBI

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 24th day of August, 2023.

Hon. Allison H. Goddard
United States Magistrate Judge

**PROBABLE CAUSE STATEMENT**

I declare under the penalty of perjury that the following statement is true and correct:

During my duties, I have learned the following information from having read the reports prepared by other law enforcement officers. The following does not contain all of the information known to me or other federal agents and state and local officers regarding this investigation, but does contain those facts believed to be necessary to establish the requisite probable cause.

On July 2, 2023, at approximately 12:06 am, El Centro Police Department (ECPD) units responded to a "shots fired" call in the vicinity of Lovins Cantina, located at 459 Main Street El Centro, California 92243. Following the shooting, ECPD Detectives obtained video footage from the El Centro City Maintained Closed Circuit Television Cameras (CCTV) located at the 400 Block of East Main Street in El Centro, California and CCTV footage from Desert Air Conditioning, located at 429 Main Street El Centro, California.

The CCTV footage obtained from the El Centro City maintained cameras located at the 400 Block of East Main Street El Centro, California depicts the following:

- A male subject later identified as CISNEROS, wearing what appears to be an NFL Dallas Cowboys jersey, is seen seated in the left rear passenger seat, behind the driver, in a red four door Honda Civic, California License Plate: 9CSN034:



- The Honda Civic drives around the area multiple times, the occupants of the Honda Civic appear to have a confrontation with two individuals in front of the Easter Seals building, one which is later identified as Zackary Urias (grey shirt), charged separately in 23MJ02625-LR:



- The CCTV footage obtained from Desert Air Conditioning depicts the following:

- The Honda Civic later pulls into the Easter seals parking lot. The occupants of the red Honda Civic exit the vehicle. CISNEROS, wearing the NFL Dallas Cowboys jersey, is seen appearing to reach for an object in his right pant pocket/hip area:



- CISNEROS is then seen standing, wearing the NFL Dallas Cowboys Jersey, behind a pillar in front of the Easter Seals building along with the other occupants of the Honda Civic. CISNEROS reaches for an object again in the right front pant pocket/hip area and pulls out an object presumed to be a firearm (identified by the red circle):



- CISNEROS is then seen, wearing the NFL Dallas Cowboys Jersey, crouching behind the same pillar, firing what appears to be an operable firearm denoted by the muzzle flash emanating from the object (identified by the red circle):



-On July 2, 2023, upon responding to the scene of the shooting ECPD officers were notified by ECPD dispatch, an individual, Ulisses CISNEROS had been admitted to El Centro Regional Medical Center (ECRMC) with a gunshot wound to the chest. Upon arrival at ECRMC, ECPD officers were advised by ECRMC staff CISNEROS was brought into the emergency room by a male subject driving a red four door Honda Civic. ECRMC medical staff provided ECPD officers with the clothing CISNEROS was wearing when admitted to ECRMC. Among the clothing obtained was a blue and white NFL Dallas Cowboys Jersey numbered 20 with the last name "Pollard" depicted:




- On August 7, 2023, FBI Special Agents obtained ECRMC Ambulance entrance CCTV camera footage that depicts the following on July 2, 2023:

- A Red sedan similar to the vehicle seen in the Desert Air Conditioning CCTV footage at the time of the shooting is seen outside of the ECRMC ambulance entrance doors; the sedan is a similar color and has similar wheels as the red Honda Civic. ECRMC medical staff are then seen exiting the ambulance entrance to retrieve an individual from the red vehicle, identified by his clothing as CISNEROS. CISNEROS is wheeled into the ECRMC entrance on a hospital gurney by hospital staff wearing the same NFL Dallas Cowboys

number 20 jersey seen in the CCTV footage, and the same NFL Dallas Cowboys Jersey collected by ECPD officers and ECRMC medical staff.

Following the shooting, ECPD officers recovered approximately one (1) Aguila .45 caliber, and a mix of five (5) Eldorado, Aguila, and Sig Sauer .45 ACP spent shell casings in the vicinity of the red Honda Civic where CISNEROS appeared to be discharging an operable firearm in the CCTV footage.

Prior to being hired as an FBI SA, I served as an SA with the United States Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF). Due to my training and experience as an ATF SA, I know Aguila 9MM ammunition to be manufactured in Cuernavaca, Morelos, Mexico and distributed by TXAT LLC. located in Houston, Texas; Eldorado ammunition is manufactured in South Korea under the name "PMC", and Sig Sauer ammunition is manufactured in the state of Arkansas. Therefore, given the one (1) .45 caliber and Five (5) .45 ACP shell casings were recovered at the scene of the shooting in El Centro, California, the ammunition traveled from outside the State of California to California and an interstate nexus exists.

Records checks on CISNEROS revealed the following felony convictions, though it is possible there may be additional history located after further queries are conducted:

| **CONVICTION DATE** | **COURT OF CONVICTION** | **CHARGE** | **TERM OF IMPRISONMENT** |
|---|---|---|---|
| 12/2008 | CASO – El Centro | PC 245 (A)(1) – Force/ADW Not Firearm:GBI Likely - Felony | 3 Days Jail<br>3 Years Probation |
| 05/2013 | CAPD – El Centro | PC 245 (A)(1) – Assault W/Deadly Weapon: Not F/Arm - Felony | 6 Years Prison |

**REQUEST FOR SEALING**

It is further respectfully requested that this Court issue an Order sealing, until further order of this Court, all papers submitted in support of this complaint, including the probable cause statement and arrest warrant. Sealing is necessary because premature disclosure of the contents of this probable cause statement and related documents may result in the destruction of evidence or otherwise have a negative impact on this continuing investigation.