FILED
JAN 1 1 2024
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ULISSES CISNEROS,<br>Defendant. | Case No. 24-cr-0084-BAS<br>23mj03105<br>I N F O R M A T I O N<br><br>18 U.S.C. § 922(g)(1) – Felon in Possession of Ammunition |

The United States Attorney charges:

COUNT ONE

On or about July 2, 2023, within the Southern District of California, defendant ULISSES CISNEROS, knowing his status as a convicted felon, that is, a person having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess ammunition that traveled in and affected interstate

DPF:San Diego
1/10/24

commerce, to wit: one round or more of .45 caliber ammunition; in violation of Title 18, United States Code, Section 922(g)(1).

DATED: January 10, 2024

TARA K. MCGRATH
United States Attorney

By:

DAVID P. FINN
Assistant U.S. Attorney